**In re Joseph R. BYRUM, Gregory R. Heck, and Thomas J. La Rosa.**

No. 05–1011.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Raghunath V. LALGUDI, Philip W. Miller, and Keith M. O'Connell.**

No. 05–1010.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re David K. KOVALIC and Jingdong Liu.**

No. 05–1007.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).